UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHELLE L. FREEMAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | )   NO. 09-CV-768-JPG |
| | ) |
| ROBERT GUZMAN | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: February 16, 2010**


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**